BENJAMIN B. WAGNER
United States Attorney
DONNA CALVERT
Acting Regional Chief Counsel, Region IX
Social Security Administration
PATRICK WILLIAM SNYDER, CSBN 260690
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8927
    Facsimile: (415) 744-0134
    E-Mail: Patrick.Snyder@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KARRIE ANN FRAZIER,<br><br>Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of<br>Social Security,<br><br>Defendant. | CIVIL NO. 2:13-cv-00756-GEB-CMK<br><br>**ORDER AND STIPULATION FOR COMMISSIONER'S FIRST EXTETION TO RESPOND TO PLAINTIFF'S OPENING BRIEF** |

    IT IS HEREBY STIPULATED by and between the parties, through their respective undersigned attorneys, and with the permission of the Court as evidenced below, that the Defendant's time to file a Response to Plaintiff's Motion for Summary Judgment in the above-referenced case is hereby extended 30 days to the new filing date of February 3, 2014. Defendant's response is currently due January 2, 2013.  The extension is needed because the undersigned has been faced with a substantial increase of work in the second half of this year due to a heavy workload, increase in filings, and new managerial duties of the privacy workload.

1 | The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

Dated:  December 20, 2013            BENJAMIN B. WAGNER
                                     United States Attorney
                                     DONNA L. CALVERT
                                     Acting Regional Chief Counsel, Region IX
                                     Social Security Administration

                            By:      /s/  Patrick William Snyder
                                     PATRICK WILLIAM SNYDER
                                     Special Assistant U.S. Attorney
                                     Attorneys for Defendant


Dated: December 20, 2013             */s/ Barbara Marie Rizzo*
                                     _____
                                     BARBARA MARIE RIZZO
                                     (as authorized via email on December 20, 2013)
                                     Attorney at Law
                                     Attorney for Plaintiff

ORDER

APPROVED AND SO ORDERED:

Dated:  December 24, 2013

                                     _____
                                     CRAIG M. KELLISON
                                     UNITED STATES MAGISTRATE JUDGE