BENJAMIN B. WAGNER
United States Attorney
DONNA CALVERT
Regional Chief Counsel, Region IX
Social Security Administration
PATRICK WILLIAM SNYDER, CSBN 260690
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8927
    Facsimile: (415) 744-0134
    E-Mail: Patrick.Snyder@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KARRIE ANN FRAZIER,<br><br>Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of<br>Social Security,<br><br>Defendant. | CIVIL NO. 2:13cv00756-GEB-CMK<br><br>**ORDER AND STIPULATION FOR COMMISSIONER'S EXTENSION** |

    IT IS HEREBY STIPULATED by and between the parties, through their respective undersigned attorneys, and with the permission of the Court as evidenced below, that the Defendant has 30 additional days to respond to Plaintiff's motion for EAJA fees. Defendant's response is currently due December 31, 2014. Defendant requests this extension due to a family emergency which has required the undersigned's absence from work and over two dozen active district court cases. Upon issuance of this order, Defendant will have until January 30, 2015 to file the response. Plaintiff's reply to Defendant's opposition will be due 14 days after Defendant files the opposition.

                                Respectfully submitted,

Dated:  December 23, 2014         BENJAMIN B. WAGNER
                                       United States Attorney
                                         DONNA L. CALVERT
                                         Regional Chief Counsel, Region IX
                                         Social Security Administration

                                By:    /s/  *Patrick William Snyder*
                                         PATRICK WILLIAM SNYDER
                                         Special Assistant U.S. Attorney
                                         Attorneys for Defendant

Dated: December 24. 2014          */s/ Barbara Marie Rizzo*
                                         _____
                                         BARBARA MARIE RIZZO
                                         (as authorized via email)
                                         Attorney at Law
                                         Attorney for Plaintiff

                                         <u>ORDER</u>

APPROVED AND SO ORDERED:

Dated:  December 30, 2014

                                         _____
                                         CRAIG M. KELLISON
                                         UNITED STATES MAGISTRATE JUDGE